S. THOMAS GLOVER *v.* NORMAN F. GREENWOOD
(2366)

HULL, DUPONT and BORDEN, Js.

Argued December 1—decision released December 20, 1983

*Norman E. Whitney,* for the appellant (defendant).

*Stuart Einhorn,* for the appellee (plaintiff).

PER CURIAM. There is no error.